IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBA DIVISION

| | | |
|---|---|---|
| CATHY L. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-0079 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ETHICON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in <u>In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation</u>, MDL-2327, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the 19th day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge